UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TARA YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-01347-MPB-MG |
| ) | |
| OPTIV SECURITY, INC., ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

This cause is hereby set for a **JURY TRIAL** before the Honorable Matthew P. Brookman, United States District Judge on **APRIL 13, 2026,** at 9:00 a.m., Indianapolis time (EDT), in Room 349 of the Birch Bayh Federal Building/U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A **FINAL PRE-TRIAL CONFERENCE** is set for **MARCH 12, 2026,** at 10:00 a.m., Indianapolis time (EDT), in Room 288 of the Birch Bayh Federal Building/U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Dated: October 31, 2024

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.