UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TARA YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01347-MPB-MG |
| | ) | |
| OPTIV SECURITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR JANUARY 28, 2025**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference.

This matter is scheduled for a telephonic status conference on **Thursday, May 1, 2025 at 9:30 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 1/29/2025

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.