**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **TARA YOUNG,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 1:24-cv-1347-MPB-MG |
| | ) |
| **OPTIV SECURITY, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Tara Young, and Defendant, Optiv Security, Inc., hereby stipulate that the above-styled action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ *Lauren E. Berger*
Lauren E. Berger
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN 47708
Telephone: 812.424.1000
Facsimile: 812.424.1005
E-mail: lberger@bdlegal.com


Attorneys for Plaintiff


Dated: April 8, 2025

/s/ *Robert J. Hingula (with permission)*
KELLY J. MUENSTERMAN (IN #66968)
7676 Forsyth Blvd., Suite 800
St. Louis, MO 63105
(314) 889-8000
Fax No.: (314) 231-1776
kmuensterman@polsinelli.com

ROBERT J. HINGULA
ISAAC T. CAVERLY
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
(816) 753-1000
Fax: (816) 753-1536
rhingula@polsinelli.com
icaverly@polsinelli.com
Attorneys for Defendant